Initiating document
Pro se plaintiff Don Macallister
21163 Newport Coast Drive #1010
Newport Coast Ca 92657
310-924-1303
donmacallister8@gmail.com



FILED
CLERK, U.S. DISTRICT COURT
MAY -8 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DF  DEPUTY

IFP Submitted

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

DON MACALLISTER, Pro Se Plaintiff
21163 Newport Coast Drive #1010
Newport Coast, CA 92657
donmacallister8@gmail.com
(310) 924-1303

Plaintiff,

v.

DAVIS POLK & WARDWELL LLP,
NEAL A. POTISCHMAN,
NEIL BARR,
Defendants.

Case No: 8:25-cv-00978-SRM-(ADSx)

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND REQUEST FOR BINDING ADR

Plaintiff Don Macallister, appearing pro se, brings this complaint against Defendants Davis Polk & Wardwell LLP, Neal A. Potischman, and Neil Barr, and alleges as follows:

I. INTRODUCTION

This action seeks justice for the Defendants' deliberate and malicious role in suppressing protected whistleblower activity, facilitating the theft of a valuable investment, and causing severe and ongoing harm to Plaintiff—a federally recognized disabled person, U.S. Congressional Tribute recipient, and lifelong advocate for vulnerable youth.

Defendants filed and prosecuted a knowingly false defamation lawsuit on behalf of Denis O'Brien and Digicel Group Ltd., in an attempt to silence Plaintiff's whistleblower reporting of felony criminal bribery by Digicel and its founder. These bribery claims, which Defendants previously labeled as defamatory, have now been voluntarily corroborated by Digicel's current CEO in a disclosure submitted to the U.S. Department of Justice (DOJ).

Defendants further ignored crucial evidence showing that Plaintiff's 2003 investment of €100,000 Euros was separate and distinct from his 2002 investment of $100,000 U.S. Dollars, invalidating Denis O'Brien's central defense. Defendants misrepresented this fact to the U.S. District Court and enabled the suppression of Plaintiff's valid Bermuda lawsuit to recover an investment now valued at over $20 million.

## II. JURISDICTION AND VENUE

Jurisdiction is proper under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332 (diversity), and § 1367 (supplemental). Venue is proper under 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to these claims occurred in this District.

## III. PARTIES

- Plaintiff Don Macallister is a U.S. citizen residing in California. He is a 100% federally recognized disabled person, an advocate for youth, and the founder of a nationally recognized job training initiative.
- Defendant Davis Polk & Wardwell LLP is a multinational law firm that maintains offices in California and throughout the United States.
- Defendant Neal A. Potischman is a partner at Davis Polk and acted as lead counsel in the litigation at issue.
- Defendant Neil Barr is the CEO of Davis Polk and oversaw the firm's litigation strategy.

## IV. STATEMENT OF FACTS

In 2002, Plaintiff invested $100,000 USD in Digicel. That investment was honored and exercised without dispute.

In 2003, Plaintiff invested €100,000 Euros (then worth approximately $113,000 USD) in Digicel. This investment was delivered via cashier's check directly to Denis O'Brien on June 25, 2003, and deposited into O'Brien's personal account at Bank of Ireland on July 3, 2003. No shares were issued, and no refund was provided.

When Plaintiff later began warning lawmakers that Digicel's telecom licenses in over 40 nations were obtained through bribery, Davis Polk & Wardwell LLP filed a false and

retaliatory defamation lawsuit on behalf of Denis O'Brien and Digicel, in an effort to discredit Plaintiff and coerce the withdrawal of his Bermuda investment lawsuit.

The defamation suit ended in a 2014 settlement under duress, in which Plaintiff was forced to dismiss valid claims due to economic exhaustion and trauma. Defendants knew or should have known that the lawsuit was based on false denials of criminal conduct.

In 2024, Digicel's current CEO voluntarily disclosed to the U.S. DOJ that Digicel did, in fact, secure licenses in dozens of nations through felony criminal bribery. This corroborates exactly what Plaintiff warned about in 2012 and shows Davis Polk's lawsuit was filed in bad faith.

Plaintiff also reported the theft of his 2003 investment to Irish law enforcement in 2013, naming Denis O'Brien Jr. as the recipient and identifying irrefutable documentation. Defendants willfully ignored this and misrepresented the nature of the investment to the Court.

## V. CAUSES OF ACTION

1. Malicious Abuse of Process and Retaliation
   Defendants weaponized the legal system to suppress Plaintiff's constitutionally protected whistleblower activity.
2. Aiding and Abetting Theft
   Defendants enabled Denis O'Brien to illegally retain Plaintiff's €100,000 Euro investment while publicly denying the transaction's existence.
3. Intentional Infliction of Emotional Distress
   Defendants knowingly caused Plaintiff to suffer PTSD, homelessness, and reputational harm.
4. Obstruction of Justice and Civil Conspiracy
   Defendants conspired to mislead the Court, obstruct federal and foreign criminal investigations, and suppress material evidence.
5. Declaratory Relief: Invalidity of 2014 Settlement Agreement
   Plaintiff seeks a declaration that the 2014 settlement agreement is void due to fraudulent inducement and newly discovered material facts.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following:

- A declaration that the 2014 settlement agreement is void ab initio;
- Compensatory damages exceeding $20 million;

- Punitive damages to be determined at trial;
- An order referring this matter to Binding ADR;
- Injunctive relief barring Defendants from further retaliation or defamation;
- Any other relief the Court deems just and proper.

Respectfully submitted,

Don Macallister
Pro Se Plaintiff
donmacallister8@gmail.com
(310) 924-1303
Date: [Insert Filing Date Here]

D Mac Pllisner
53 Greenhuse
Irvine, CA 92603

CW
INT.

Civil Intake Clerk
U.S. District Court - Central District California
Ronald Reagn Federal Bldg + U.S. Courthouse
411. W. 4th Street
Santa Ana, CA 92701-4516



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 8 2025
CENTRAL DISTRICT OF CA
SOUTHERN DIVISION

